# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAYVONTE PINES

NO. 2024 KW 0133

**MAY 13, 2024**

---

In Re:    Jayvonte Pines, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 700414.

---

**BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

    **WRIT DENIED.** See **State v. White**, 2013-1192 (La. App. 1st Cir. 7/21/14), 156 So.3d 176; **State v. Lee,** 2022-01827 (La. 9/1/23), 370 So.3d 408.

**JMG**
**WRC**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT